```
___FILED      ___ENTERED
___LODGED     ___RECEIVED
```

JAN 2 8 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICROS SYSTEMS, INC. | * | |
| Plaintiff | * | |
| v. | * | L 02 CV 205 |
| BRISTOL RETAIL SOLUTIONS, INC. | * | Case No. _____ |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF ENTRY OF JUDGMENT

Upon consideration of the complaint for confessed judgment filed by plaintiff MICROS Systems, Inc. against Defendant Bristol Retail Solutions, Inc., the accompanying affidavit, and the promissory note executed by Defendant Bristol Retail Solutions, Inc., and finding that the aforesaid papers prima facie establish (1) a voluntary, knowing, and intelligent waiver by the Defendant of the right to notice and a prejudgment hearing on the merits of the claim of the Plaintiff for liquidated damages and (2) a meritorious claim of the Plaintiff for liquidated damages against the Defendant, it is this 25th day of January 2002,

**ORDERED**, that confessed judgment be entered against Defendant Bristol Retail Solutions, Inc., in the amount of $733,629.71 plus pre-judgment interest, and costs.

_____
Judge, United States District Court for the
District of Maryland
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE