IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



| | |
|---|---|
| **MICROS SYSTEMS, INC.** | * |
| Plaintiff | * |
| v. | * |
| **BRISTOL RETAIL SOLUTIONS, INC.** | *  Case No. L 02-205 |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

### MOTION AND MEMORANDUM TO SUBSTITUTE A COPY OF A CONFESSED JUDGMENT PROMISSORY NOTE

Plaintiff, MICROS Systems, Inc. ("MICROS"), by counsel, files this motion and memorandum to substitute a copy of a confessed judgment promissory note in this action, and states as follows:

As described in the complaint filed in this action, and the accompanying affidavit, Defendant Bristol Retail Solutions, Inc. ("Bristol") executed and delivered to MICROS its confessed judgment promissory note in February 2001. A true and correct copy of the note was attached to the complaint as Exhibit A. Despite a reasonable and diligent search of MICROS's records, MICROS is unable to locate the original of the promissory note. Per Fed. R. Evid. 1001 *et seq.*, the duplicate should be admissible and useable for all purposes when the original is lost or otherwise unobtainable. *See generally U.S. v. Angle*, 230 F.3d 113 (4th Cir. 2000).

[Handwritten annotation: Affidavit attached to original complaint establishes foundation per Fed R Evid 1004(a), 1003 and 1004 for a duplicate to substitute for original. /s/ 2/22/02]

WHEREFORE, for the foregoing reasons, MICROS respectfully requests that this Court permit the use of the copy of the promissory note attached as an exhibit to the complaint in lieu of the original note.

_____
Michael H. Tow, Bar No. 12042
MICROS Systems, Inc.
7031 Columbia Gateway Drive
Columbia, MD 21046-2289
(443) 285-8052 (tel)
(443) 285-0466 (fax)

Counsel for MICROS Systems, Inc.

APPROVED:

_____
Judge, United States District Court
for the District of Maryland
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE
Date: 2/22/02