IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**MICROS SYSTEMS, INC.**

    **Plaintiff**

v.   *

**BRISTOL RETAIL SOLUTIONS, INC.**   *   Case No. L-02-205

    **Defendant**   *

\* * * * * * * * * * * *

## ORDER

Upon consideration of the complaint for confessed judgment filed by plaintiff MICROS Systems, Inc. against Defendant Bristol Retail Solutions, Inc., the accompanying affidavit and promissory note, any motion filed with respect thereto by the Defendant, any response or further filing by either party, and any oral argument made, and the grounds of the complaint being well-taken, it is this 10th day of June, 2002,

**ORDERED**, that judgment be entered against defendant Bristol Retail Solutions, Inc., in the amount of $733,691.71, plus pre-judgment interest, and costs.

PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE
Judge, United States District Court for the
District of Maryland